Honorable Amir Edwards in Sui Juris
21534 Devonshire St Ste I
Chatsworth, California 91311
(805)817-1658
Amir.Workready@gmail.com

FILED

CLERK, U.S. DISTRICT COURT

4/6/25

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Amir Edwards,

Petitioner,

v.

Kelly Ann Sakir, Deputy District

Attorney at Los Angeles County District

Attorney's Office,

Angie Cordova, Deputy District Attorney at
Los Angeles County District Attorney's Office,

Ann Marie Maurer, Chief Assistant City

Attorney for City of Glendale,

Andrew Lazzaretto,

Jason Jones,

City of Glendale,

Defendants.

Case No.: CV25-3135-VBF(SP)

COMPLAINT FOR
VIOLATION OF CIVIL
RIGHTS (42 U.S.C. § 1983)

Demand for Jury Trial

COMPLAINT FOR VIOLATON OF CIVIL RIGHTS (42 U.S.C. § 1983)DEMAND FOR JURY TRIAL - 1

## I. JURISDICTION AND VENUE

1. This action is brought under 42 U.S.C. § 1983 to redress the deprivation of rights, privileges, and immunities secured by the Constitution and laws of the United States.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b), as all events giving rise to this complaint occurred within this district and the parties reside here.

## II. PARTIES

4. Amir Edwards is a National of California and appears in this action in Sui Juris.

5. Defendant Ann Marie Maurer is an Employee/City Attorney for City of Glendale, California. She is sued in her individual and official capacities.

6. Defendant Kelly Ann Sakir is an Employee/Deputy District Attorney for Los Angeles County. She is sued in her individual and official capacities.

7. Defendant Andrew Lazzaretto is an Employee with the Glendale Police Department. He is sued in his individual and official capacities.

8. Defendant Jason Jones is an Employee with the Los Angeles County Sheriff's Department. He is sued in his individual and official capacities.

9. Defendant City of Glendale is a municipal entity responsible for the actions of its officials and employees, including Maurer and Lazzaretto.

10. Defendant Angie Cordova is an Employee/Deputy District Attorney for Los Angeles County. She is sued in her individual and official capacities.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)DEMAND FOR JURY TRIAL - 2

## III. FACTUAL ALLEGATIONS

11. On June 18, 2024, Plaintiff's personal property was seized by Glendale Police during a traffic stop.

12. The case related to that seizure was dismissed on August 28, 2024, pursuant to California Penal Code § 1385.

13. On January 15, 2025, the case was sealed pursuant to Penal Code § 851.91. A court order was issued granting the return of Amir's seized property in part.

14. On March 21, 2025, a second partial order was granted. However, certain property, including a lawfully owned firearm, legal documents, and a house key, was not returned.

15. On April 1, 2025, Defendant Andrew Lazzaretto admitted to transferring a portion of Amir's property to Defendant Jason Jones, an LASD employee not involved in the original matter.

16. On April 2, 2025, Defendant Ann Marie Maurer appeared in court and represented that all property had been returned, despite knowledge that some items were missing or transferred.

17. Defendant Jason Jones has retained Amir's property and/or used it for an unrelated civil investigation. Plaintiff has not been given notice, a hearing, or legal justification for this action.

18. The actions of Defendants were taken without legal authority, without due process, and in violation of clearly established constitutional rights.

## IV. CAUSES OF ACTION

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)DEMAND FOR JURY TRIAL - 3

Count 1: Violation of the Fourth Amendment – Unlawful Seizure

(Against All Defendants)

19. Defendants, acting under color of state law, seized and retained Plaintiff's property without a valid warrant or court order, in violation of the Fourth Amendment of the United States Constitution.

Count 2: Violation of the Fourteenth Amendment – Due Process

(Against All Defendants)

20. Amir was not provided any notice, opportunity to be heard, or legal justification before the transfer and continued retention of his property, violating his right to due process under the Fourteenth Amendment.

Count 3: Violation of California Penal Code § 851.91 and Federal Supremacy

(Against All Defendants)

21. Defendants relied on sealed records in violation of Penal Code § 851.91(c), which states the arrest shall be "deemed not to have occurred." Their actions also violated Amir's constitutional rights, protected under the Supremacy Clause of the U.S. Constitution.

Count 4: Municipal Liability (Monell Claim)

(Against City of Glendale)

22. The violations described above were the result of official policies, customs, or failures to train or supervise by the City of Glendale.

V. PRAYER FOR RELIEF

WHEREFORE, Amir respectfully requests that this Court:

1. Issue a declaratory judgment that the actions of the Defendants violated his constitutional rights;

2. Grant injunctive relief, including the return of all unlawfully retained property and a full accounting of any transfers or destruction;

3. Award compensatory and punitive damages as permitted by law;

4. Award costs and any further relief the Court deems just and proper.

Respectfully submitted,

Dated: 04/04/2025

_____

Amir Edwards

In Sui Juris

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)DEMAND FOR JURY TRIAL - 5